**IN THE UNITED STATES DISTRICT COURT** (Revised 09/19)
**FOR THE SOUTHERN DISTRICT OF OHIO**

Alan J. Butts :

    Plaintiff, : Case No.: 26-cv-51

-vs- :

City of Columbus, et al.,      District Judge Algenon L Marbley
    Defendant, : Magistrate Judge Chelsey M. Vascura

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to S.D. Ohio Civ. R. 83.3(e) **and 83.4(a)**, __Rachel Troutman__, trial
(Name of Trial Attorney)

attorney for __Alan J. Butts__, in the above-referenced action, hereby moves the court to
(Name of Party)

admit __Jon Loevy__, *pro hac vice* to appear and participate as counsel or co-counsel
(Name of PHV Attorney)

in this case for __Alan J. Butts__.
(Name of Party)

Movant represents that __Jon Loevy__ is a member in good standing
(Name of PHV Attorney)

of the highest court of __Illinois__ as attested by the accompanying certificate from that
(Name of State)

court and that __Jon Loevy__ is not eligible to become a member of the
(Name of PHV Attorney)

permanent bar of this Court. This Motion is accompanied by the required filing fee.

<u>Jon Loevy</u>'s relevant identifying information is as follows:
(Name of PHV Attorney)

Business telephone  312-243-5900     Business fax  312-243-5902

Business address  311 N. Aberdeen, 3rd Floor

Chicago, IL 60607

Business e-mail address  jon@loevy.com

_(signature)_
(Signature of Trial Attorney)

6515 Longshore Loop, Suite 100
(Address)

Dublin, OH 43017
(City, State, Zip Code)

614-674-3634
(Telephone Number)

Trial Attorney for  Alan J. Butts
(Name of Party)

**(Please attach required Certificate of Service)**

# **CERTIFICATE OF SERVICE**

      I, Rachel Troutman, hereby certify that on January 22, 2026, a true and correct copy of the foregoing Motion for Admission Pro Hac Vice was served on all counsel of record via the Court's CM/ECF system.

                                        /s/ Rachel Troutman
                                        *One of Plaintiff's Attorneys*