# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO

(Revised 09/19)

| | | |
|---|---|---|
| Alan J. Butts | : | |
| Plaintiff, | : | Case No.: 26-cv-51 |
| -vs- | : | District Judge Algenon L Marbley |
| City of Columbus, et al., | | Magistrate Judge Chelsey M. Vascura |
| Defendant, | : | |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to S.D. Ohio Civ. R. 83.3(e) **and 83.4(a)**, __Rachel Troutman__, trial
(Name of Trial Attorney)

attorney for __Alan J. Butts__, in the above-referenced action, hereby moves the court to
(Name of Party)

admit __Kathryn Montenegro__, *pro hac vice* to appear and participate as counsel or co-counsel
(Name of PHV Attorney)

in this case for __Alan J. Butts__.
(Name of Party)

Movant represents that __Kathryn Montenegro__ is a member in good standing
(Name of PHV Attorney)

of the highest court of __Illinois__ as attested by the accompanying certificate from that
(Name of State)

court and that __Kathryn Montenegro__ is not eligible to become a member of the
(Name of PHV Attorney)

permanent bar of this Court. This Motion is accompanied by the required filing fee.

Kathryn Montenegro's relevant identifying information is as follows:
(Name of PHV Attorney)

Business telephone 312-243-5900        Business fax 312-243-5902

Business address 311 N. Aberdeen, 3rd Floor

Chicago, IL 60607

Business e-mail address katiem@loevy.com

*(signature)*
(Signature of Trial Attorney)
6515 Longshore Loop, Suite 100
(Address)
Dublin, OH 43017
(City, State, Zip Code)
614-674-3634
(Telephone Number)

Trial Attorney for Alan J. Butts
(Name of Party)

**(Please attach required Certificate of Service)**

## CERTIFICATE OF SERVICE

      I, Rachel Troutman, hereby certify that on January 22, 2026, a true and correct copy of the foregoing Motion for Admission Pro Hac Vice was served on all counsel of record via the Court's CM/ECF system.

/s/ Rachel Troutman
*One of Plaintiff's Attorneys*