

ATTORNEY REGISTRATION AND DISCIPLINARY COMMISSION
of the
SUPREME COURT OF ILLINOIS

One Prudential Plaza
130 East Randolph Drive, Suite 1500
Chicago, Illinois 60601-6219
(312) 565-2600  (800) 826-8625
Fax (312) 565-2320

3161 West White Oaks Drive, Suite 301
Springfield, IL 62704
(217) 546-3523  (800) 252-8048
Fax (217) 546-3785

Kathryn J. Montenegro
Loevy & Loevy
311 N. Aberdeen Street, 3rd Floor
Chicago, IL 60607

<u>Via Electronic Mail</u>

Chicago
Wednesday, January 14, 2026

In re:   Kathryn J. Montenegro
Admitted: 11/01/2012
Attorney No. 6309438

To Whom It May Concern:

The records of the Clerk of the Supreme Court of Illinois and of this office reflect that Kathryn J. Montenegro was admitted to the practice of law in Illinois on 11/01/2012; is currently registered on the master roll of attorneys entitled to practice law in this state; and has never been disciplined; and is in good standing.

Very truly yours,
Lea S. Guitierrez
Administrator

By: /s/ *Darryl R. Evans*
      Darryl R. Evans
      Senior Deputy Registrar

DRE

4902-9215-9880, v. 1