## UNITED STATES DISTRICT COURT
## FOR THE Southern District of Ohio
## Eastern Division

| | | |
|---|---|---|
| Alan J. Butts | : | Case No.<br>2:26–cv–00051–ALM–CMV |
| | : | |
| Plaintiff(s), | : | District Judge Algenon L Marbley |
| v. | : | |
| | : | |
| City of Columbus, et al. | : | |
| | : | |
| Defendant(s). | : | |

## <u>NOTICE OF DEFICIENCY</u>

As of January 23, 2026, the Court's docket reflects the filing of a **Motion for Leave to Appear Pro Hac Vice – #3**
**Certificate of Counsel – #4** in the above case.

S.D. Ohio Civ. R. 83.3(e) governs motions for leave to appear pro hac vice and states in part:

> "Any attorney seeking this type of admission must do so by: (i) filing a motion for admission...
> in each case in which the attorney wishes to appear, with the motion signed by a permanent
> member of the bar; (ii) providing a certificate of good standing from the highest Court of a
> State or the District of Columbia that has been issued not more than six months prior to the
> date of the motion; and (iii) remitting any applicable admission fee."

The filing is deficient for the following reason(s):

> **<u>Certificate of Good Standing.</u>** The Certificate of Good Standing is
> not from the highest court of a state or the District of Columbia.

Please satisfy the above referenced deficiency(ies) **within 14 days**.

If you have questions, please contact the Clerk's Office.

Office of the Clerk<br>
Jospeh P. Kinneary U.S. Courthouse<br>
85 Marconi Blvd., Rm. 121<br>
Columbus, OH 43221<br>
614–719–3000<br>
Clerks_Office@ohsd.uscourts.gov

January 23, 2026

**Richard W. Nagel**
**Clerk of Court**

s/ Jodi Keener
Deputy Clerk